**Exhibit A to the Complaint**

**Location:** Yardley, PA  **IP Address:** 72.94.13.54
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 259C3061A4BD639AFA7A99248B6BA5DD05E1630A | 11/12/2025 18:21:46 | TushyRaw | 07/05/2023 | 07/13/2023 | PA0002420347 |
| 2 | B3E565731C57A8E0A6A324C0B1081266E90BDA4D | 11/12/2025 17:54:40 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 3 | 4157BB075EC440872C9B41053864287444A90124 | 11/12/2025 17:32:08 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 4 | EA90AC9023CAF41A240D9A4F2DB31707B1D361BF | 11/12/2025 17:30:42 | Vixen | 10/04/2025 | 11/10/2025 | PA0002553386 |
| 5 | 1499C2DA901F61F9ED2D678DC5FFE5449BCE2ED2 | 11/12/2025 00:16:20 | TushyRaw | 06/06/2025 | 06/10/2025 | PA0002534380 |
| 6 | D0145B9819554C16BEB623A35CA26E4775E5FA4F | 11/10/2025 01:01:32 | Tushy | 11/09/2025 | 11/14/2025 | PA0002553537 |
| 7 | 5565c916acba623cfeb372cc6e97e5e4767dc4e8 | 10/27/2025 19:30:35 | TushyRaw | 07/06/2025 | 07/08/2025 | PA0002539158 |
| 8 | 20BA169AA7FA8271FE9A7B61055971B7BCD26011 | 10/27/2025 19:28:37 | Tushy | 02/16/2025 | 02/18/2025 | PA0002515913 |
| 9 | BDEC9F42E874BCF2A9A564E1A9DD58351DD04D96 | 10/27/2025 19:28:19 | TushyRaw | 05/07/2025 | 05/20/2025 | PA0002531762 |
| 10 | f28afd3d4be03cecc6fca28fe25e0895a96517d4 | 10/22/2025 18:54:33 | Tushy | 07/16/2023 | 08/17/2023 | PA0002425541 |
| 11 | ad5de6410cdf84b1ab564b9362e4cd7ba1511529 | 10/22/2025 17:54:07 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 12 | CDF23FDB2366030D928E499EE821F14317D6F613 | 10/22/2025 14:20:31 | Wifey | 07/19/2025 | 07/22/2025 | PA0002541702 |
| 13 | dbb04e353866fd6b48b6031c5732a83c61456434 | 10/17/2025 04:00:39 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 14 | 3e1cef968edda22b89483397fa5fa841f0b4a336 | 10/17/2025 03:32:52 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 15 | 70404F294DC3C1E6C1D71FD358C5C63615C149D5 | 10/14/2025 23:13:13 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 16 | 80FAC60CC7F6FB91205A5D103A477F7D99172B90 | 10/14/2025 16:01:44 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | FE94DF9BBBD14B74A756B08F9AAA6470E41FCBCC | 10/13/2025 14:27:12 | Tushy | 10/12/2025 | 11/10/2025 | PA0002553340 |
| 18 | E490446ED573F3E7950819E46AFC112481B2572C | 10/06/2025 15:12:30 | Tushy | 07/06/2025 | 07/08/2025 | PA0002539168 |
| 19 | F08C21A0336E91C95A3F499A5970A31062B9A9BC | 10/06/2025 14:30:01 | Tushy | 10/05/2025 | 11/10/2025 | PA0002553347 |
| 20 | F545E95CBC9557CFFEEBF69E86141B600295194F | 09/29/2025 17:13:10 | Tushy | 09/28/2025 | 11/10/2025 | PA0002553339 |
| 21 | 4622367EA92CE091C889C9DAF7FC8E209AFD9A30 | 09/29/2025 16:45:17 | TushyRaw | 09/28/2025 | 11/10/2025 | PA0002553398 |
| 22 | 7BBDF2675E41C86CB7897E73AE6334E022A3F4C1 | 09/22/2025 03:13:09 | Tushy | 09/21/2025 | 09/24/2025 | PA0002552392 |
| 23 | 90E98EAB6348A70300553FC9DA265F5A834A4B2F | 09/15/2025 19:03:03 | Vixen | 09/14/2025 | 09/24/2025 | PA0002552389 |
| 24 | 085DFF9E412A5986BEF37A8B507E8C6225F0D4CC | 09/10/2025 14:47:39 | Tushy | 09/07/2025 | 09/16/2025 | PA0002551071 |
| 25 | F3E73FBE6297087D7B1207B8639152BFAA386956 | 09/09/2025 19:02:36 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 26 | 5CA8247DACE3239D97A0F6C34EA7A42467D8DCF4 | 09/09/2025 19:00:09 | Tushy | 07/13/2025 | 07/22/2025 | PA0002541631 |
| 27 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | 08/20/2025 14:40:53 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 28 | 0A3EE74938BB34CFC965261976DE58936E0B586F | 08/06/2025 05:32:30 | Tushy | 12/25/2022 | 01/10/2023 | PA0002389583 |